JAMES H. BAILEY, Respondent, *v.* THE INTER-STATE CASUALTY COMPANY of New York, Appellant.

*Bailey v. Inter-state Casualty Co.*, 8 App. Div. 127, affirmed.
(Argued March 6, 1899; decided March 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1896, reversing a judgment in favor of defendant entered upon a dismissal of the complaint upon the merits on trial at Circuit, and granting a new trial.

*Henry Thompson* and *Vanderpoel, Cuming & Goodwin* for appellant.

*Franklin A. Rowe* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

All concur, except PARKER, Ch. J., and GRAY, J., dissenting.

---

SAMUEL McFADDEN, Appellant, *v.* HERBERT P. CAMPBELL et al., Respondents.

*McFadden v. Campbell*, 13 Misc. Rep. 158, appeal dismissed.
(Argued March 8, 1899; decided March 24, 1899.)

APPEAL from an order of the General Term of the late Court of Common Pleas for the city and county of New York, entered June 20, 1895, reversing a judgment in favor of plaintiff entered upon a verdict, and granting a new trial.

*Robert C. Taylor* and *Jerome & Nason* for appellant.

*P. S. Dudley, Thomas S. Moore* and *Charles C. Nadal* for respondents.

Appeal dismissed, with costs, on authority of *Hoes* v. *Edison General Electric Co.* (150 N. Y. 87).

All concur.